

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00297-CV

| | | |
|---|---|---|
| Karen "Sue" Burnett, Individually, and on Behalf of the Estate of Jerry Edwin Burnett, Deceased | § | From the 141st District Court |
| | § | of Tarrant County (141-258307-12) |
| v. | § | |
| | § | August 28, 2015 |
| Christina T. Vo, Hoang Thanh, Inc. d/b/a C&D Kwik Stop and/or CD Kwikstop | § | |
| | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. As to the appeal of Appellant Karen "Sue" Burnett, Individually, and on Behalf of the Estate of Jerry Edwin Burnett, Deceased, we will reverse and remand. As to the appeal of Appellees Christina T. Vo, Hoang Thanh, Inc. d/b/a C&D Kwik Stop and/or CD Kwikstop appeal, we will affirm. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellees Christina T. Vo and Hoang Thanh, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bill Meier
Justice Bill Meier